**Opinion issued June 13, 2023**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-23-00401-CV**
_____

**IN RE HOMEOWNERS OF AMERICA INSURANCE COMPANY, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator Homeowners of America Insurance Company ("Relator") filed a petition for writ of mandamus requesting we order Respondent, the Hon. C. Elliott Thornton, to (1) vacate her order of January 20, 2023 denying Relator's Plea in Abatement; (2) render a new order compelling Real Parties in Interest "to participate in an appraisal and abating the lawsuit until the appraisal is completed;" and (3)

vacate her order of May 3, 2023 granting Real Parties' motion to compel production of documents.[1]

We deny the petition. Tex. R. App. P. 52.8(a). All pending motions are denied as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Rivas-Molloy.

---

[1] The underlying case is *Rebecca Cantu and Miguel Cantu v. Homeowners of America Insurance Company*, Cause No. 2022-72302, pending in the 164th District Court of Harris County, Texas, the Honorable C. Elliott Thornton presiding.